UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF ARKANSAS

**VICTORIA BRUMLEY**

**PLAINTIFF**          v.          AP# 24-07024

**U.S. DEP'T of EUCATION**

**DEFENDANT**          Case no.          5:23-71685

## MOTION TO DISMISS ADVERSARY PROCEEDING

Comes now the Plaintiff, Victoria Brumley, by and through her attorney, Forrest Stolzer, of Legal Aid of Arkansas, Inc., and for her Motion to Dismiss Adversary Proceeding, and states and alleges as follows:

1. The parties have settled their differences, no disputes exist any longer, and the Plaintiff therefore requests that her complaint be dismissed with prejudice.

Wherefore, Plaintiff requests that the present Adversary Proceeding be dismissed with prejudice.

                                             RESPECTFULLY SUBMITTED,

                                             Victoria Brumley

By: /s/Forrest Stolzer

Legal Aid of Arkansas
1200 Henryetta St.
Springdale AR 72764
870-972-9224