# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF ARKANSAS

**VICTORIA BRUMLEY**

**PLAINTIFF**　　　　　　　　v.　　　　　　**AP# 24-07024**

**U.S. DEP'T of EUCATION**

**DEFENDANT**　　　　　　　　　　　　　Case no.　　　　5:23-71685

## ORDER DISMISSING ADVERSARY PROCEEDING

Comes now before the Court, Plaintiff's Motion to Voluntarily Dismiss Adversary Proceeding with prejudice. The Court, being well and sufficiently advised, hereby finds and orders that the Plaintiff's Motion should be GRANTED, and Plaintiff's complaint is accordingly dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Bianca M. Rucker
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　Dated: 05/28/2024